United States Bankruptcy Court
Eastern District of New York

In Re: <u>Nasir Malik</u>
       Debtor

Case No.  <u>1-20-43196</u>
Reporting Period:  <u>31-Mar-21</u>

Social Security. # ████████

# Monthly Operating Report

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| Required Documents | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
|    Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts and Taxes | MOR-4 (INDV) | | |
| Status of Secured Notes, Lease Payables, Adequate Protection Payments and Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor:    /S/ Nasr Malik        Date: 4/23/2021

Signature of Joint Debtor:            Date:

In Re: Nasir Malik      Case No. 1-20-43196

        Debtor      Reporting Period: 31-Mar-21

## Schedule of Cash Receipts and Disbursements

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns. Attach

| | TD Dip 8234 | Current Month - Actual (Total of All Accounts) | Cumulative For All Months |
|---|---|---|---|
| **Cash - Beginning of Month** | $ 43,064.89 | $ 43,064.89 | |
| **Receipts** | | | |
| Wages (Net) | $ - | $ - | $ - |
| Rental Income | $ 6,800.00 | $ 6,800.00 | $ 30,308.09 |
| Alimony and Child Support | $ - | $ - | $ - |
| Social Security and Pension | $ 489.00 | $ 489.00 | $ 3,407.00 |
| Intrest Income | $ - | $ - | $ 0.62 |
| Other Income (Schedule Attached) | $ 5,865.00 | $ 5,865.00 | $ 83,559.80 |
| **Total Receipts** | $ 13,154.00 | $ 13,154.00 | $ 117,275.51 |
| **Disbursements - Ordinary** | | | |
| Auto Expense | $ - | $ - | $ - |
| Charitable Contribution | $ - | $ - | $ - |
| Household: Food, Clothing, Hygiene, etc | $ - | $ - | 105.01 |
| Gifts | $ - | $ - | $ - |
| Insurance | $ - | $ - | $ - |
| Lease Payments | $ - | $ - | $ - |
| Medical Expense | $ - | $ - | $ - |
| Mortgage Payments | $ 4,486.48 | $ 4,486.48 | $ 26,656.35 |
| Payment to Credit Cards | $ - | $ - | $ 96.24 |
| Repair and maintenance | $ - | $ - | $ - |
| Co-op Maintenance | $ - | $ - | $ - |
| Taxes-Other | $ - | $ - | $ - |
| Taxes-Property | $ - | $ - | $ 5,557.79 |
| TLC Fees | $ - | $ - | 370.00 |
| Utilities | $ 611.06 | 611.06 | $ 4,470.36 |
| Other Disbursements - Ordinary (Schedule Attached) | $ 60.00 | 60.00 | $ 106,581.14 |
| **Total Disbursements - Ordinary** | $ 5,157.54 | 5,157.54 | $ 143,836.89 |
| **Disbursements - Reorganization** | | | |

In Re: Nasir Malik

Case No. 1-20-43196

Reporting Period: 31-Mar-21

| Debtor | | | |
|---|---|---|---|
| Professional Fees | $ - | | $ 16,500.00 |
| U.S. Trustee | $ - | | $ 650.00 |
| Other Disbursements - Reorganization (Schedule Attached) | $ - | | $ - |
| Total Disbursements - Reorganization | $ - | | $ 17,150.00 |
| Total Disbursements (Ordinary+Reorganization) | $ 5,157.54 | $ 5,157.54 | $ 160,986.89 |
| Net Cash Flow (Receipts Less Disbursements) | $ 7,996.46 | $ 7,996.46 | $ (43,711.38) |
| Cash -End of Month | $ 51,061.35 | $ 51,061.35 | |

| Other Income | TD Dip 8234 | Current Month - Actual (Total of All Accounts) | Cumulative For All Months |
|---|---|---|---|
| Misc Income | $ - | $ - | $ - |
| Stimulus Income | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 |
| Transfer from Business Account | $ - | $ - | $ - |
| Unemployment Income | $ 3,065.00 | $ 3,065.00 | $ 14,486.00 |
| Transfer ins | $ - | $ - | $ 66,273.80 |
| Total Other Income | $ 5,865.00 | $ 5,865.00 | $ 83,559.80 |

| Other Disbursements - Ordinary | TD Dip 8234 | Current Month Actual (Total of All Accounts) | Cumulative For All Months |
|---|---|---|---|
| Bank Service Charges | $ - | $ - | $ 17.95 |
| Tax preparation fees | $ - | $ - | $ - |
| Cable Expenses | $ - | $ - | $ - |
| Pest Control | $ - | $ - | $ - |
| Tuction | $ - | $ - | $ - |
| Return of deposited check | $ - | $ - | $ - |
| Telephone Expense | $ 60.00 | $ 60.00 | $ 421.35 |
| Transfer out | $ - | $ - | $ 66,273.80 |
| Transfer to Wife's Account | $ - | $ - | $ 39,868.04 |
| Total Other Ordinary Disbursements | $ 60.00 | $ 60.00 | $ 106,581.14 |

In Re: Nasir Malik

Case No. 1-20-43196

Reporting Period: 31-Mar-21

| Other Disbursements - Reorganization | TD Dip 8234 | Current Month Actual (Total of All Accounts) | Cumulative For All Months |
|---|---|---|---|
| | $ - | $ - | $ - |
| | $ - | $ - | $ - |
| | $ - | $ - | $ - |
| **Total Other Disbursements - Reorganization** | $ | $ | $ |

Disbursements for Calculating U.S. Trustee Quarterly Fees: (From "Current Month - Actual" Column)

| Total Disbursements | $ 5,157.54 |
|---|---|
| Less: Transfers To Other Debtor In Possession Accounts | $ - |
| Pluse: Estate Disbursements Made By Outside Sources (i.e. from escrow accounts) | |
| Total Disbursements For Calculating U.S. Trustee Quarterly Fees | $ 5,157.54 |

In Re: <u>Nasir Malik</u>  
     **Debtor**

Case No. <u>1-20-43196</u>  
Reporting Period: <u>31-Mar-21</u>

## Bank Reconciliations

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

| | TD Dip 8234 | Tax | Other |
|---|---|---|---|
| **Balance Per Books** | **$ 51,061.35** | | |
| | | | |
| **Balance Per Bank Statement** | **$ 51,061.35** | | |
| (+) Deposits In Transit (List Attached) - Cash On Hand | | | |
| (-) Outstanding Checks (List Attached) | | | |
| Other (Explanations Attached) | | | |
| **Adjusted Bank Balance\*** | **$ 51,061.35** | | |

*"Adjusted Bank Balance" must equal "Balance Per Books"

| Deposits In Transit | |
|---|---|
| | |
| | |
| | |
| **Total Deposits In Transit** | |

| Checks Outstanding | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total Checks Outstanding** | |

**Other**

_____

_____

_____

_____

_____

## Disbursements Journal

### Cash Disbursements

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **Total Cash Disbursements** |  |  |  |

### Bank Account Disbursements

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **Total Bank Disbursements** |  |  |  |  |

| **Total Disbursements for the Month** |  |  |  |
|------|------|------|------|

## Balance Sheet

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| Assets | Book Value At End of Current Reporting Month | Book Value On Petition Date Or Scheduled |
|---|---|---|
| **Schedule A - Real Property Assets** | | |
| | $ 880,000.00 | $ - |
| | $ - | $ - |
| **Total Real Propery Assets** | **$ 880,000.00** | **$ -** |
| | | |
| **Schedule B - Personal Property Assets** | | |
| Cash on Hand | $ 100.00 | $ 100.00 |
| Bank Accounts | $ 51,061.35 | $ 43,064.89 |
| Security Deposits | $ - | $ - |
| Household Goods & Furniture | $ 500.00 | $ 500.00 |
| Electronics | $ 1,500.00 | $ 1,500.00 |
| Wearing Apparel | $ 500.00 | $ 500.00 |
| Furs and Jewelry | $ - | $ - |
| Other Claims | $ - | $ - |
| Taxi Medallions | $ 220,000.00 | $ 220,000.00 |
| Interests in Business | $ - | $ - |
| Autos Trucks and Vehicles | $ 3,407.00 | $ - |
| Professional Retainers | $ 400.00 | $ 1,500.00 |
| **Total Personal Property Assets** | **$ 277,468.35** | **$ 267,164.89** |
| | | |
| **Total Assets** | **$ 1,157,468.35** | **$ 267,164.89** |

| Liabilities and Owner's Equity | Book Value At End of Current Reporting Month | Book Value On Petition Date Or Scheduled |
|---|---|---|
| **Liabilities Not Subject To Compromise (Post-petition)** | | |
| Federal Income Taxes (not deducted from wages) | $ - | $ - |
| FICA/Medicare (not deducted from wages) | $ - | $ - |
| State Taxes (not deducted from wages) | $ - | $ - |
| Real Estate Taxes | $ - | $ - |
| Other Taxes | $ - | $ - |
| TOTAL TAXES | $ - | $ - |
| Professional Fees | $ - | $ - |
| Other Post-petition Liabilities (List of Creditors Attached) | $ - | $ - |
| | | |
| **Total Post-petition Liabilities** | **$ -** | **$ -** |
| | | |
| **Liabilities Subject To Compromise (Pre-petition)** | | |
| Secured Debt | $ 846,537.00 | $ 846,537.00 |
| Priority Debt | $ - | $ - |
| Unsecured Debt | $ - | $ - |
| | | |
| **Total Pre-petition Liabilities** | **$ 846,537.00** | **$ 846,537.00** |
| | | |
| **Total Liabilities** | **$ 846,537.00** | **$ 846,537.00** |

## Summary of Unpaid Post-petition Debts

### Number of Days Past Due

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | $ - | $ - | $ - | $ - | $ - | $ - |
| Rent | $ - | $ - | $ - | $ - | $ - | $ - |
| Secured Debt/Adequate Protecion Payments | $ - | $ - | $ - | $ - | $ - | $ - |
| Professional Fees | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Post-Petition debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Employment/Income Tax | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | $ - | | | | | $ - |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

## Post-Petition Status Of Secured Notes, Leases Payables and Adequate Protection

| Name of Creditor | Scheduled Monthly Payment Due | Amount Paid During Month | Total Unpaid Post-petition |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Total Payments |  |  |  |

## Installment Payments

| Type of Property | Carrier | Period Recovered | Payment Amount and Frequency |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

In Re: <u>Nasir Malik</u>                                          **Case No.** <u>1-20-43196</u>
      **Debtor**                                                 **Reporting Period:** <u>31-Mar-21</u>

## Debtor Questionnaire

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 2 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 3 Are property insurance, automobile insurance or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 4 Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 5 Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 6 Are any post petition State or Federal income taxes past due? | | x |
| 7 Are any post petition real estate taxes past due? | | x |
| 8 Are any other post petition taxes past due? | | x |
| 9 Have any pre-petition taxes been paid during this reporting period? | | x |
| 10 Are any amounts owed to post petition creditors delinquent? | | x |
| 11 Have any post petition loans been been received by the Debtor from any party? | | x |
| 12 Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 13 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |

# TD Bank

NASIR M MALIK
DIP CASE 20-43196 EDNY
21 BRIGHTON 10TH PATH 2FL
BROOKLYN NY 11235-9200

Statement Period: Mar 11 2021-Apr 14 2021
Cust Ref #
Primary Account #: ____8234

## Chapter 11 Checking

NASIR M MALIK
DIP CASE 20-43196 EDNY

Account # ____8234

### ACCOUNT SUMMARY

| | | |
|---|---|---|
| Beginning Balance | 50,542.88 | |
| Deposits | 3,400.00 | |
| Electronic Deposits | 5,741.00 | |
| Electronic Payments | 4,899.53 | |
| Ending Balance | 54,784.35 | |

| | |
|---|---|
| Average Collected Balance | 50,457.13 |
| Interest Earned This Period | 0.00 |
| Interest Paid Year-to-Date | 0.00 |
| Annual Percentage Yield Earned | 0.00% |
| Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/02 | DEPOSIT | 3,400.00 |
| | Subtotal: | 3,400.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | ACH DEPOSIT, SSA TREAS 310 XXSC_____199A SSA | 489.00 |
| 03/23 | ACH DEPOSIT, NYS DOL UI DD UI DD G____ 19 | 313.00 |
| 03/23 | ACH DEPOSIT, NYS DOL UI DD UI DD G____19 | 300.00 |
| 03/24 | ACH DEPOSIT, IRS TREAS 310 TAXE____0908 | 2,800.00 |
| 03/25 | ACH DEPOSIT, NYS DOL UI DD UI DD G____19 | 313.00 |
| 03/25 | ACH DEPOSIT, NYS DOL UI DD UI DD G____19 | 300.00 |
| 03/31 | ACH DEPOSIT, NYS DOL UI DD UI DD G____01 19 | 313.00 |
| 03/31 | ACH DEPOSIT, NYS DOL UI DD UI DD G____01 19 | 300.00 |
| 04/07 | ACH DEPOSIT, NYS DOL UI DD UI DD G____01 10 | 313.00 |
| 04/07 | ACH DEPOSIT, NYS DOL UI DD UI DD G____01 10 | 300.00 |
| | Subtotal: | 5,741.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15 | ACH DEBIT, JPMORGAN CHASE CHASE A____0437 | 3,406.54 |
| 03/19 | ELECTRONIC PMT-TEL, NATIONAL GRID NY UTILITYPA____0563 | 325.79 |
| 03/19 | ACH DEBIT, CON ED OF NY INTELL____0040 | 213.74 |
| 03/24 | ACH DEBIT, OPTIMUM 7836 CABLE PM____7406 | 71.53 |
| 03/24 | ELECTRONIC PMT-WEB, T-MOBILE PCS____1116 | 60.00 |
| 03/25 | ELECTRONIC PMT-TEL, BANK OF AMERICA MORTGAGE xg85vl1mx | 531.93 |
| 04/06 | ELECTRONIC PMT-TEL, NATIONAL GRID NY UTILITYPA____0563 | 290.00 |
| | Subtotal: | 4,899.53 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

## TD Bank

**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

NASIR M MALIK
DIP CASE 20-43196 EDNY

Page: 3 of 3
Statement Period: Mar 11 2021-Apr 10 2021
Cust Ref #: T-###
Primary Account #: 8234

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 03/10 | 50,542.88 | 03/25 | 50,448.35 |
| 03/15 | 47,136.34 | 03/31 | 51,061.35 |
| 03/17 | 47,625.34 | 04/02 | 54,461.35 |
| 03/19 | 47,085.81 | 04/06 | 54,171.35 |
| 03/23 | 47,698.81 | 04/07 | 54,784.35 |
| 03/24 | 50,367.28 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com


## Bank
### America's Most Convenient Bank®

T      STATEMENT OF ACCOUNT

NASIR M MALIK
DIP CASE 20-43196 EDNY
21 BRIGHTON 10TH PATH 2FL
BROOKLYN NY 11235-9200

Page:                               1 of 3
Statement Period:       Feb 11 2021-Mar 10 2021
Cust Ref #:                          T-###
Primary Account #:                   8234

**Chapter 11 Checking**

NASIR M MALIK
DIP CASE 20-43196 EDNY

Account                              8234

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 45,244.13 | Average Collected Balance | 44,095.24 |
| Deposits | 6,800.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 2,941.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 4,442.25 | Days In Period | 28 |
| Ending Balance | 50,542.88 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/04 | DEPOSIT | 3,400.00 |
| 03/10 | DEPOSIT | 3,400.00 |
| | Subtotal: | 6,800.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/17 | ACH DEPOSIT, SSA TREAS 310 XXSO          1199A SSA | 489.00 |
| 02/17 | ACH DEPOSIT, NYS DOL UI DD UI DD G*    01 17 | 313.00 |
| 02/17 | ACH DEPOSIT, NYS DOL UI DD UI DD G*    01 17 | 300.00 |
| 02/26 | ACH DEPOSIT, NYS DOL UI DD UI DD G*    01 18 | 313.00 |
| 02/26 | ACH DEPOSIT, NYS DOL UI DD UI DD G*    01 18 | 300.00 |
| 03/04 | ACH DEPOSIT, NYS DOL UI DD UI DD G*    01 18 | 313.00 |
| 03/04 | ACH DEPOSIT, NYS DOL UI DD UI DD G*    01 18 | 300.00 |
| 03/10 | ACH DEPOSIT, NYS DOL UI DD UI DD G*    01 18 | 313.00 |
| 03/10 | ACH DEPOSIT, NYS DOL UI DD UI DD G*    01 18 | 300.00 |
| | Subtotal: | 2,941.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/16 | ACH DEBIT, JPMORGAN CHASE CHASE          0437 | 3,406.54 |
| 02/24 | ACH DEBIT, OPTIMUM 7836 CABLE          7406 | 71.53 |
| 02/24 | ELECTRONIC PMT-WEB, T-MOBILE PCS          0815 | 60.00 |
| 02/26 | ELECTRONIC PMT-TEL, NATIONAL GRID NY UTILITYPA          0563 | 356.17 |
| 03/02 | ELECTRONIC PMT-TEL, BANK OF AMERICA MORTGAGE 1h4hfnwy8 | 548.01 |
| | Subtotal: | 4,442.25 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

NASIR M MALIK
DIP CASE 20-43190 EDNY

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 02/10 | 45,244.13 | 02/26 | 43,064.89 |
| 02/16 | 41,837.59 | 03/02 | 42,519.59 |
| 02/17 | 42,930.59 | 03/04 | 49,929.59 |
| 02/24 | 42,808.06 | 03/10 | 50,542.86 |